NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 10-30044 & 10-30045 |
| Plaintiff - Appellee, | D.C. Nos.  4:02-cr-00048-SEH |
| | 4:03-cr-00038-SEH |
| v. | |
| RANDY JAMES JANGULA, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Sam E. Haddon, District Judge, Presiding

Submitted December 14, 2010**

Before:    GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

In these consolidated cases, Randy James Jangula appeals from the 24-month sentence imposed following the revocation of his supervised release.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Jangula contends that his sentence is substantively unreasonable. In light of the totality of the circumstances, the district court's sentence is substantively reasonable. *See United States v. Carty*, 520 F.3d 984, 993 (9th Cir. 2008) (en banc). Moreover, the district court did not procedurally err. *See id.*

**AFFIRMED.**